denied. *Leon E. Provine* for petitioner. *Charles B. Snow* and *Junior O'Mara* for respondents.

No. 651, Misc. CURTIS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 652, Misc. MARCIAS *v.* CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 653, Misc. PHILYAW *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Marvin Brooks Norfleet* for petitioner.

No. 654, Misc. GATES *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 655, Misc. FIRMSTONE *v.* DAY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 656, Misc. MALVIN *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 661, Misc. ORTEGA *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 662, Misc. TAIT *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 667, Misc. WOHL *v.* NEW YORK. County Court of Nassau County, New York. Certiorari denied.